95–753.  State v. Sullivan.  *Cuyahoga County,* No. 66831.  On motion for leave to file delayed appeal.  Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

95–758.  State v. Brockwell.  *Cuyahoga County,* No. 67134.  On motion for leave to file delayed appeal.  Motion granted.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

95–776.  State v. McDougal.  *Cuyahoga County,* No. 68093.  On motion for leave to file delayed appeal.  Motion denied.

RESNICK, J., dissents.

95–780.  O'Neill v. Showa Denko K.K.  *Cuyahoga County,* No. 66059.  On motion for admission *pro hac vice* of James vanR Springer.  Motion granted.

95–791.  State v. Johnson.  *Montgomery County,* No. 13981.  On motion for leave to file delayed appeal.  Motion granted.

DOUGLAS, F.E. SWEENEY and COOK, JJ., concur.

95–850.  State v. Wine.  *Jefferson County,* No. 91J23.  On motion for leave to file delayed appeal.  Motion denied.